v.

STATE of Missouri, Respondent.

No. ED 96795.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 16, 2012.

■

Stephen FLANIGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 96902.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 16, 2012.

1. All rule references are to Mo. R.Crim. P.2011, unless otherwise indicated.

Erica R. Eliason, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

Stephen Flanigan appeals the motion court's denial of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2)&(5).